**Fill in this information to identify the case:**

Debtor 1: Emilie Kathylyn Putman

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Ohio (State)

Case number: 2:14-bk-57771

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 7101 ___ ___ ___

**Property address:** 323 Maple St.
Number       Street

_____

Plain City, OH 43064
City       State       ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

Debtor 1  **Emilie Kathylyn Putman**
        First Name     Middle Name     Last Name

Case number (*if known*) 2:14-bk-57771

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Michelle R. Ghidotti-Gonsalves
   Signature

Date 11/19/2019

Print   Michelle R. Ghidotti-Gonsalves
       First Name     Middle Name     Last Name

Title   Authorized Agent for Secured Creditor

Company   Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1920 Old Tustin Ave.
       Number     Street

Santa Ana    CA    92705
City     State     ZIP Code

Contact phone (949) 427 - 2010

Email mghidotti@ghidottiberger.com

## **CERTIFICATE OF SERVICE**

On November 19, 2019, I served the foregoing documents described as on the following Response to Notice of Final Cure Payment on individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Mark Albert Herder
Markalbertherder@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On November 19, 2019, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| *Debtor* <br> **Emilie Kathylyn Putman** <br> 323 Maple Street <br> Plain City, OH 43064-1190 <br><br> *Trustee* <br> **Faye D. English** <br> Chapter 13 Trustee <br> 10 West Broad Street <br> Suite 900 <br> Columbus, OH 43215-3449 | **U.S. Trustee** <br> **Asst US Trustee (Col)** <br> Office of the US Trustee <br> 170 North High Street <br> Suite 200 <br> Columbus, OH 43215 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz